No. 5739.—PARADÍS ET AL., apltes., *v.* FERNÁNDEZ ET AL., apldos.—C. D. Humacao. ▮▮▮▮▮▮▮▮ Noviembre 9, 1931.

(Por la corte, a propuesta del Juez Presidente Accidental Sr. Wolf.)

POR CUANTO, se nos ha presentado una moción para que desestimemos este recurso, fundándose en la falta de notificación a dos de los demandados;

POR CUANTO, aparece que los demandantes radicaron una demanda complementaria contra esos demandados, que fué declarada sin lugar, y los demandantes apelaron pero luego desistieron de tal recurso;

POR CUANTO, los ahora demandados-apelados, no los susodichos demandados, no nos demuestran que los demandados aludidos en la demanda complementaria son partes necesarias en el pleito principal cuya apelación pende ahora ante nos;

POR CUANTO, también se ha fundado la moción desestimatoria en infracciones de las reglas 40 y 59 de las de éste tribunal;

POR CUANTO, consta en autos una certificación firmada por los abogados de ambas partes en que se admite la corrección del legajo de la sentencia, incluyendo la exposición del caso, y hay que presumir que las prórrogas obtenidas en la corte inferior lo fueron debidamente, y, de todos modos, los apelados no nos convencen de lo contrario;

POR CUANTO, no aparece que las prórrogas obtenidas en esta corte ni en la inferior para completar el récord montaran a más de lo que generalmente se precisa para ello;

POR TANTO, no ha lugar a la desestimación solicitada.